NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

U.S. District Court - Western District of Pennsylvania (Pittsburgh)

Circuit Court Docket No. _____

**FULL CAPTION IN DISTRICT COURT:**

UNITED STATES OF AMERICA

      V.

MICHAEL SMITH

**District Court Docket No.** Criminal No. 05-03E

**District Court Judge** Maurice B. Cohill, Jr

Notice is hereby given that  Michael Smith  appeals to the United States Court of Appeals for the Third Circuit from [X] Judgment; [ ] Order; [ ] Other (Specify) _____

entered in this action on  August 15, 2005  .

**DATED:** August 19, 2005

*/s/ Karen Sirianni Gerlach*
**(Counsel for Appellant-signature)**

| | |
|---|---|
| Karen Sirianni Gerlach  PA ID# 52956 | Robert A. Eberhardt |
| Assistant Federal Public Defender | Assistant U.S. Attorney |
| **(Name of Counsel-Typed)** | **(Counsel for Appellee)** |
| 1450 Liberty Center | 400 U.S. Courthouse |
| **(Address)** | **(Address)** |
| 1001 Liberty Avenue | Seventh Avenue & Grant St. |
| Pittsburgh, PA  15222 | Pittsburgh, PA  15219 |
| (412) 644-6565 | (412) 894-7353 |
| **(Tel. No. - FTS or Other)** | **(Tel. No. - FTS or Other)** |