UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

August 22, 2006
B-157

### No. 05-3949

USA
v.
Michael Smith,
Appellant

Present: RENDELL, AMBRO and ROTH, Circuit Judges

1) Motion by Appellant for Summary Affirmance.

/s/ Charlene Crisden
Case Manager 267-299-4923

O R D E R

The foregoing motion is GRANTED.

By the Court,

/s/ Marjorie O. Rendell
Circuit Judge

Dated: November 22, 2006
CLC\cc: Karen S. Gerlach, Esq.                               Laura S. Irwin, Esq.


**Certified as a true copy and issued in lieu
of a formal mandate on December 28, 2006**

**Teste: /s/ Marcia M. Waldron**

**Clerk, U.S. Court of Appeals for the Third Circuit.**