IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

United States of America         )
                                 )
        vs.                      )    Criminal Number 05-3E
                                 )
MICHAEL SMITH                    )


The above named defendant satisfied the judgment of AUGUST 08, 2005 by paying on JUNE 09, 2008, the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  7/14-08
Deputy Clerk                Date

2008 JUL 14  AM 11: 36
U.S. DISTRICT COURT
CLERK